**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ORLANDO GARCIA,**<br>　　　　Plaintiff,<br>　　v.<br>**PARMJIT KAUR, ET AL.,**<br>　　　　Defendants. | Case No.  4:21-cv-09509-YGR<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

Plaintiff commenced this lawsuit on December 9, 2021.  The last entry of default was secured on February 16, 2022.  No action had occurred since.  On June 6, 2022, the Court issued an order to show cause directing plaintiff to file no later than June 24, 2022, a motion for default judgment or else the case would be dismissed for failure to prosecute.  No response to the order to show cause has been timely filed.  Accordingly, the case is dismissed for failure to prosecute.

The Clerk is **DIRECTED** to terminate the case.

**IT IS SO ORDERED.**

Dated: June 27, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**